**Order filed, July 29, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00268-CV
_____

**HELEN MAYFIELD, Appellant**

**V.**

**JOHN CUOCO, STEVE FULLJART, KBTX NEWS, A CORPORATION AND GRAY COMMUNICATIONS, A CORPORATION, JOINTLY AND SEVERALLY, Appellee**

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2011-26159**

## ORDER

The reporter's record in this case was due **June 24, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Michelle Tucker**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM